IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE MUSCOGEE (CREEK) NATION | ) | Case No. 1:18-op-45459 |
| | ) | |
| PLAINTIFF, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| PURDUE PHARMA L.P.; et al., | ) | (MDL Case No. 17-md-2804) |
| | ) | |
| DEFENDANTS. | ) | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **SPOON DRUGS, INC.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   _____ Yes    _X_ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?    _____ Yes _X_ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   _____

{00494232}

Respectfully submitted,

s/ Matthew B. Free
Sean H. McKee, OBA #14277
*smckee@bestsharp.com*
Matthew B. Free, OBA #18055
*mfree@bestsharp.com*
Benjamin D. Reed, OBA #22696
*breed@bestsharp.com*
Steven W. Simcoe, OBA #15349
*ssimcoe@bestsharp.com*
**BEST & SHARP**
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendants, Reasor's LLC, City Drug Co., City Drug of Coweta, Inc., Spoon Drugs, Inc., CareFirst Pharmacy, Inc., Ernie's Pharmacy & Wellness Center, Inc., Gaddy Discount Drug, Inc., M&D Star Drug, Inc., Med-Econ Drug, Inc., Pippenger Pharmacies, LLC, Freeland Brown Pharmacy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of September, 2018, the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew B. Free
Matthew B. Free