IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:18-op-45459-DAP<br><br>THE MUSCOGEE (CREEK) NATION,<br><br>    PLAINTIFF,<br><br>v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>    DEFENDANTS. | MDL No. 2804<br><br>Master Docket No.:<br>1:17-MD-02804-DAP<br><br>Hon. Judge Dan A. Polster<br><br>JURY TRIAL DEMANDED |

## OPPOSITION TO OLYMPIA PHARMACY'S MOTION TO DISMISS

Defendant Olympia Pharmacy's Motion to Dismiss First Amended Complaint ("Defendant's Motion") should be denied as untimely pursuant to Northern District of Ohio Local Rule 7.1. Under Case Management Order 6, *In re: Nat'l Prescription Opiate Litig.*, No. 1:17-md-2804 (N.D. Ohio), ECF No. 770, the time to file motions to dismiss in this case expired on August 31, 2018; Defendant's Motion was not filed for another 42 days, on October 12, 2018.

In the alternative, Defendant's Motion should be dismissed for the reasons set forth in Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss the Nation's First Amended Complaint, ECF No. 84, which Plaintiff hereby incorporates by reference.

Date: October 31, 2018

| | |
|---|---|
| OF COUNSEL:<br>Gregory M. Utter<br>Joseph M. Callow, Jr.<br>Thomas F. Hankinson<br>Sarah V. Geiger<br>KEATING MUETHING &<br>KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>gmutter@kmklaw.com<br>jcallow@kmklaw.com<br>thankinson@kmklaw.com<br>sgeiger@kmklaw.com | /s/ Kevin Dellinger<br>Attorney General Kevin Dellinger,<br>OBA #15612<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>kdellinger@mcnag.com |

Richard W. Fields
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com

/s/ Jenna A. Hudson
Scott D. Gilbert
Richard Shore
Peter Meringolo
Michael B. Rush
Jenna A. Hudson
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
gilberts@gotofirm.com
shorer@gotofirm.com
meringolop@gotofirm.com
rushm@gotofirm.com
hudsonj@gotofirm.com

Lloyd B. Miller
Donald J. Simon
Whitney A. Leonard
SONOSKY CHAMBERS SACHSE
ENDRESON & PERRY, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
lloyd@sonosky.net
dsimon@sonosky.net
whitney@sonosky.net

*Attorneys for the Muscogee (Creek) Nation*

William S. Ohlemeyer
Patricia Melville
Tyler Ulrich
Stephen N. Zack
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
wohlemeyer@bsfllp.com
pmelville@bsfllp.com
tulrich@bsfllp.com
szack@bsfllp.com

**CERTIFICATE OF SERVICE**

    I, Jenna A. Hudson, hereby certify that on October 31, 2018 the foregoing document was served via the Court's ECF system to all counsel of record.

                                      */s/ Jenna A. Hudson*
                                      Jenna A. Hudson